Strong et al. v. Northwestern Elevated R. R. Co. et al.

1. INJUNCTIONS—*By Abutting Property Owners.*—Abutting property owners can not have an injunction to prevent the construction of an elevated railroad upon the street.

**Bill for an Injunction.**—Appeal from the Circuit Court of Cook County; the Hon. JOHN GIBBONS, Judge, presiding. Heard in this court at the March term, 1896. Affirmed. Opinion filed March 31, 1896.

HAMLINE, SCOTT & LORD, attorneys for appellants.

MORAN, KRAUS & MAYER, attorneys for appellees.

OPINION PER CURIAM.

Inasmuch as this court in the case of Phelps v. Union Elevated Railroad Company, 60 Ill. App. 471, held that street abutting property owners can not have an injunction to prevent the construction of an elevated railroad upon such street, on the ground that the ordinance of the city permitting such construction is invalid, we must affirm the decree of the lower court, dismissing the bill.